IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON UNGER, <br><br> Plaintiff, <br><br> vs. <br><br> BOCKMANN, INC., and PAUL BOCKMANN, <br><br> Defendants. | **4:21CV3133** <br><br> **ORDER** |

IT IS ORDERED that the motion to withdraw filed by Jennifer L. Ralph, as counsel of record for Defendants, (Filing No. 17), is granted. Jennifer L. Ralph shall no longer receive electronic notice in this case.

Dated this 18th day of October, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge