IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON UNGER,<br><br>        Plaintiff,<br><br>vs.<br><br>BOCKMANN, INC., and<br>PAUL BOCKMANN,<br><br>        Defendants. | No. 4:21-cv-3133-JMG-CRZ |

## **JOINT NOTICE OF SETTLEMENT**

      The purpose of this Joint Notice of Settlement is to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted by Plaintiff. The parties are in the process of finalizing settlement terms and expect to file their Joint Motion for Approval of Settlement with the Court within thirty (30) days from the filing of this Joint Notice of Settlement. Should the parties be unable to file their Joint Motion for Approval of Settlement by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

Respectfully submitted,

**PLAINTIFF BRANDON UNGER**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and **BOCKMANN, INC., and PAUL BOCKMANN, DEFENDANTS**

REMBOLT LUDTKE LLP
3 Landmark Centre
1128 Lincoln Mall, Suite 300
Lincoln, Nebraska 68508
Telephone: (402) 475-5100

Mark A. Fahleson
Bar No. 19807
mfahleson@remboltlawfirm.com

*/s/ Tara Tesmer Paulson*
Tara Tesmer Paulson
Bar No. 24454
tpaulson@remboltlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Mark A. Fahleson and Tara Tesmer Paulson, Attorneys for the Defendants.

*/s/ Josh Sanford*
**Josh Sanford**