IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON UNGER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BOCKMANN, INC. and PAUL BOCKMANN,<br><br>　　　　　　Defendants. | 4:21-CV-3133<br><br>ORDER |

The Court has been advised that the parties in this case have settled their claims. Filing 20. Accordingly,

IT IS ORDERED:

1. On or before December 10, 2021, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case may be dismissed without further notice.

3. The Clerk of the Court shall set a dismissal papers deadline of December 10, 2021.

Dated this 10th day of November, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge